

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

No. 04-19-00525-CV

Joe **GREINER** and Greiner and Associates, PLLC,
Appellants

v.

Calvin **WOMACK**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-07288
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
           Luz Elena D. Chapa, Justice
           Beth Watkins, Justice

Appellants have filed a "Motion to Extend Time to Request Rehearing and Request for Clarification." We construe the motion as a motion for an extension of time to file a motion for clarification, as well as the motion for clarification itself. We grant the motion for an extension. Because this court has issued a new judgment in this case on its own motion, appellants motion for clarification is DENIED AS MOOT.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court